# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>iPhone XR Black bearing IMEI # 356426109620911 and<br>assigned telephone number (812) 320-3923 | )<br>)<br>) Case No.<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A2

located in the _____ District of ___New Hampshire___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B2

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sections 1347, 1349, 371; 42 U.S.C. Sec. 1320a-7b; 21 U.S.C. Sec. 841 | health care fraud; conspiracy to commit health care fraud; conspiracy to defraud the United States and pay and receive kickbacks; kickback offenses; distribution of controlled substances; conspiracy to distribute controlled substances |

The application is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Emma Dugas
*Applicant's signature*

Emma Dugas, Special Agent HHS-OIG
*Printed name and title*

Sworn to before me and signed in my presence.  via telephone conference.

Date: **Apr 17, 2023**

*Judge's signature*

City and state: Concord, New Hampshire    U.S. Magistrate Judge Andrea Johnstone
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>iPhone XR Black bearing IMEI # 356426109620911 and assigned telephone number (812) 320-3923 | )<br>)<br>)  Case No.<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___New Hampshire___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A2

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B2

**YOU ARE COMMANDED** to execute this warrant on or before     ___May 1, 2023___     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     ___Andrea K. Johnstone___     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     **12:27 PM, Apr 17, 2023**                                    *Andrea K. Johnstone*
                                                                                                                     *Judge's signature*

City and state:     Concord, New Hampshire                                        U.S. Magistrate Judge Andrea Johnstone
                                                                                                                     *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: 23-mj-00072-AJ-1 | Date and time warrant executed: 04/20/2023 09:15 AM | Copy of warrant and inventory left with: Warrant left with Dr. Adnan Khan. Inventory and device returned to Attorney Bob Carey of Orr and Reno, representation for Dr. Khan. |
|---|---|---|

Inventory made in the presence of :
SA Ryan Driscoll, HHS-OIG

Inventory of the property taken and name of any person(s) seized:

One (1) Apple iPhone XR bearing S/N: F2LZ4843KXKW and IMEI: 356426109620911

*See attached Search Warrant Inventory Log for additional information.

**Certification**

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  04/28/2023

*Executing officer's signature*

Robert T. Ames, Special Agent, HHS-OIG

*Printed name and title*



**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**OFFICE OF INSPECTOR GENERAL**
**OFFICE OF INVESTIGATIONS**

**SEARCH WARRANT INVENTORY LOG**

OI File # 1-22-O-0113-9
Case Agent- Driscoll / Ames / Dugas

Search Site:

Date: 4/20/2023

Location: 3 Burma Rd, Sunapee, NH

ITEMS SEIZED:

- 1 iphone XR  S/N: F2LZ9843KXKW
  IMEI - 35 642610 962091 1

- Seized by SA Driscoll and transferred to Alex Marvin (Newport PD) for transport to DI Joseph Friesen

- DI Friesen turned over custody to SA Robert Ames

- Robert Ames provided device to Bob Carey attorney for Dr. Khan  [signature] 4/20/23

Seized by: SA Ryan Driscoll      Received from: Adnan Khan

Box # _____                      Page ____ of ____